[No. 10684-8-I. Division One. January 23, 1984.]

THOMAS V. BOHAN, ET AL, *Appellants,* v. RONALD B. HANSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–03288–1, Daniel T. Kershner, J., entered July 28, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Ringold, JJ.

[No. 5546-5-II. Division Two. January 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LINWOOD E. STARKEY III, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–1–00005–7, Hewitt A. Henry, J., entered May 8, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 12260-6-I. Division One. January 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM GRINTON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–1–00294–6, Byron L. Swedberg, J., entered September 2, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.